

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00471-CV

**IN RE** William B. **SIMS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
                  Luz Elena D. Chapa, Justice
                  Jason Pulliam, Justice

Delivered and Filed: October 5, 2016

PETITION FOR WRIT OF MANDAMUS DENIED

On July 28, 2016, Relator filed a petition for writ of mandamus and emergency motion for relief. This court stayed the trial court's order, and requested a response. The real party in interest filed a response on August 12, 2016. This court has considered the petition for writ of mandamus and the response filed on behalf of the real party in interest and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied and the stay issued by this court is lifted. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CI-10677, styled *In the interest of K.S.S., a Child*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.